# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES W. EDEN, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. CIV-20-614-SLP |
| KATHY STOKER, TERRY INGMIRE, | ) |
|     Defendants. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered August 3, 2020 [Doc. No. 8]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report and Recommendation. *See Moore v. United* States, 950 F.2d 656 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Accordingly, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of August, 2020.

*[signature]*
**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**